JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES BERRYMAN,              ) Case No. CV 17-7936-JPR
                              )
                Petitioner,  )
                              ) **J U D G M E N T**
            v.             )
                              )
C. KEETON, Warden,           )
                              )
                Respondent.  )
_____ )

      Pursuant to the Order Dismissing Habeas Petition Without Prejudice,

      IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: <u>April 22, 2019</u>         _____
                                JEAN ROSENBLUTH
                                U.S. MAGISTRATE JUDGE